# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 07-232
## consolidated with 07-229, 07-230, 07-231,
## 07-233, 07-234, 07-235, 07-236, 07-237, and 07-238


STATE OF LOUISIANA

VERSUS

FAY PEREZ, III


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 41547,
HONORABLE BYRON HEBERT, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.


**REMANDED WITH INSTRUCTIONS.**


**Michael Harson**
**District Attorney**
**Ted L. Ayo**
**Assistant District Attorney**
**Post Office Box 175**
**Abbeville, Louisiana 70511-0175**
**(337) 898-4320**
**Counsel for:**
       **State of Louisiana**

**Mark O. Foster**
**Louisiana Appellate Project**
**Post Office Box 2057**
**Natchitoches, Louisiana 71457-2057**
**(318) 572-5693**
**Counsel for Defendant/Appellant:**
       **Fay V. Perez, III**

SULLIVAN, Judge.

For the reasons assigned in *State v. Perez*, 07-229 (La.App. 3 Cir. 10/__/07), ___ So.2d ___, this matter is remanded to the trial court for another evidentiary hearing to determine whether the State's agreement to Defendant's plea was invalidated by vacation of the restitution to victims whose cases were dismissed. If the trial court imposes restitution as a condition of probation, it is instructed not to order restitution to a victim's insurer and to establish a determinate, specified payment plan for all fees and restitution amounts.

**REMANDED WITH INSTRUCTIONS.**